**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6545**

---

THOMAS N. SIMON,

                                        Petitioner - Appellant,

        versus

BOBBY SHEARIN, Warden,

                                        Respondent - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, Senior District
Judge.  (CA-03-2925-WMN)

---

Submitted:  July 29, 2004          Decided:  August 4, 2004

---

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Thomas N. Simon, Appellant Pro Se.  Lisa M. Griffin, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas N. Simon appeals from the district court's order denying relief on his motion filed pursuant to 28 U.S.C. § 2241 (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Simon v. Shearin, No. CA-03-2925-WMN (D. Md. Filed Feb. 3, 2004 & entered Feb. 4, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED